**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01037-CV

_____

**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER AND THE UNIVERSITY OF TEXAS SYSTEM, Appellants**

**V.**

**PRESTON BAKER & JENNIFER BAKER, INDIVIDUALLY AND AS NEXT FRIENDS OF PRESTON BAKER, JR., JESSICA BAKER, CAYLA BAKER AND CALEB BAKER, Appellees**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2010-33587**

## ORDER

The reporter's record in this case was due February 22, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. We therefore issue the following order.

We order Jodi Masera, the official court reporter, to file the record in this appeal **on or before March 26, 2012.**

PER CURIAM